Label Matrix for local noticing
0860-2
Case 2:26-bk-13546
Eastern District of Arkansas
Delta Division
Tue Sep 1 16:54:27 CDT 2026

AR Division of Workforce Services
Attn: Legal
PO Box 8040
Little Rock, AR 72203-8040

Arkansas Dept. of Finance & Admin
P.O. Box 1272
Little Rock, AR 72203-1272

Capital One Auto Fin
Credit Bureau Dispute Po Box 2
Plano, TX 75025

(p)CONTINENTAL FINANCE COMPANY
PO BOX 3220
BUFFALO NY 14240-3220

Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193-8875

Current
217 Centre St
New York, NY 10013-3624

Department of Finance and Administration
Legal Division
PO Box 1272
Little Rock, AR 72203-1272

Dept Of Ed/Aidvantage
1600 Tyson Boulevard, St
Mclean, VA 75403

Dpt Ed/Aidv
Po Box 300001
Greenville, TX 75403-3001

Fingerhut
6250 Ridgewood Ro
St. Cloud, MN 56303-0820

First Premier
3820 N Louise Ave
Sioux Falls, SD 57107-0145

Intercoastal Financial LLC
7954 Transit Rd #136X
Buffalo, NY 14221-4117

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Samantha L Lambert
Lambert & Perry Law Firm, PLLC
900 S Shackleford
Suite 300
Little Rock, AR 72211-3848

Mark T. McCarty
Chapter 13 Standing Trustee
P.O. Box 5006
N. Little Rock, AR 72119-5006

Nc/Tabloc
175 W Jackson Blvd
Chicago, IL 60604-2615

Nordstrom, NC
c/o Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302-7999

Pinnacle Bank Fka Sy
First Digital Po Box 85650
Sioux Falls, SD 57118-5650

Premier Bankcard LLC
c/o Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302-7999

Quantum 3 Group LLC
PO Box 788
Kirkland, WA 98083-0788

Catondra Reavely
617 Forrest Hill Dr
West Helena, AR 72390-2015

Matthew H Reavely Jr.
617 Forrest Hill Dr
West Helena, AR 72390-2015

Regions Bank
720 North 39th Street
Birmingham, AL 35222-1112

Regions Mortgage
Po Box 110
Hattiesburg, MS 39403-0110

Republic/Nc
175 W Jackson Blvd
Chicago, IL 60604-2615

Sanders Col
1218 Hwy 49
West Helena, AR 72390-9419

(p)SELF INC
PO BOX 11
SOUTHLAKE TX 76092-0011

Sheffield Financial
Po Box 849
Wilson, NC 27894-0849

| | | |
|---|---|---|
| U.S. Trustee (ust)<br>Office Of U. S. Trustee<br>200 W Capitol, Ste. 1200<br>Little Rock, AR 72201-3618 | United States Attorney<br>Eastern District of Arkansas<br>425 West Capitol Ave Ste 500<br>Little Rock, AR 72201-3452 | United States Attorney<br>Western District of Arkansas<br>414 Parker Avenue<br>Fort Smith, AR 72901-1902 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Celtic/Cont<br>4550 New Linden Hill Road<br>Wilmington, DE 19808 | Self/Southstate Bank<br>901 E 6th St Unit 400<br>Austin, TX 78702 | (d)Self/Sstatbk<br>515 Congress Ave<br>Austin, TX 78701 |

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 32 |
| Bypassed recipients | 0 |
| Total | 32 |